# In the United States Court of Federal Claims

No. 03-2489L
(Filed: November 6, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
DIANNE J. MILLER, ROBERT N. MILLER, and LISA M. SHANIKA,
For Themselves and as Representatives of a Class of Similarly Situated Persons,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

In a telephonic status conference held this date, the parties notified the court that lead plaintiffs and the government have reached a tentative settlement. Counsel previously agreed on the form of a notice which was received by the court on November 2, 2006, indicating the terms of the settlement and notifying plaintiff class members of the opportunity to object. For good cause shown, the form of the notice is adopted with changes set out below.

Any class member who objects to the terms of the settlement must notify plaintiffs' counsel telephonically and furnish a written statement of objections to plaintiffs' counsel at the address provided in the notice. The written statement of objections must be received on or before noon on November 13, 2006. A hearing is scheduled for November 15, 2006, at 9:00 a.m. in plaintiffs' counsel's office to present objections. Those parties who object must simultaneously notify plaintiffs' counsel whether they wish to be heard by the court at that time.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge