# facsimile transmittal

To: MARK F. HEARNE Fax: 314-613-2557

From: WARDEN PETERSON Date: 11-13-06

Re: Pages: (2)

CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

EXHIBIT

tabbies

2

November 9, 2006

Mark F. Hearne, II
Lathrop & Gage, LC
The Equitable Building, Suite 1300
10 South Broadway
St. Louis, Missouri 63102-1708

Dear Mr. Hearne:

Regarding Court Claim No. 5 on property at 9860/9870 Big Bend, Crestwood, Mo. 63122:
I have received the Notice of Proposed Settlement in the case of Miller vs United States.
My claim in litigation is addressed Stipulation of Compromise Settlement.

I must file my objection to comply at this time because you require an answer in 5 days. That is not enough time for me to respond. I will, however, search for an attorney to begin to discover the issues of my claim and will notify you immediately who that will be.

Questions:
1. Of property taken from me in relation to Missouri law vs easement and timing are main issues.
2. Opting in claiment vs ownership both required (see our case background)
3. Future of Grant Trail corridor subject to US Surface Transportation Board.
4. US has not taken a position on class counsels' entitlement to attorneys' fees respectively.

I request a reasonable period of time (30 days) to study our claim with help from an attorney.

Sincerely,

Warren J. Petetson

Warren J Petetson
18 Dardenne Woods Ct.
Dardenne Prairie, Mo. 63368
636-561-0994