**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**AFFIDAVIT OF J. ROBERT SEARS**

The undersigned, upon his oath hereby certifies and affirms:

1. I am over 18 years of age and competent to make this Affidavit.

2. I am an attorney practicing in with the firm of Lathrop & Gage, L.C. with offices in St. Louis, Missouri and Washington, D.C.

3. I am one of the attorneys who has been working on behalf of the class members in the matter referenced above.

4. I am familiar with Claim #5 regarding the property now owned by Warren Peterson but which, on the date of taking established in this case, was owned by Warren Peterson and Gretchen Peterson.

5. Mr. Peterson first raised the issue of whether he must share the proceeds with his wife more than five months ago.

6. I have had at least six telephone conferences with Mr. Peterson advising him that the proper claimants to whom payment of compensation must be paid were those individuals (or entities) who owned the property on the date of taking. In Mr. Peterson's case this includes his ex-wife, Gretchen Peterson.

7. I further advised Mr. Peterson that he should consult his domestic relations attorney about how the compensation payment should be divided between himself and his ex-wife.

8. I offered to meet with Mr. Peterson and his divorce attorney whenever they were available to discuss the issue further.



EXHIBIT
tabbies
4

9. Mr. Peterson called me again to discuss his desire that his ex-wife not receive any proceeds soon after he received our correspondence to the class of September 29th.

10. Mr. Peterson called me again about this same issue soon after he received the draft notice sent to the class on October 25, 2006.

11. I am aware that Mark F. Hearne II also discussed this same issue with Mr. Peterson on October 27, 2006.

12. Mr. Peterson called me again about this same issue soon after he received the official notice sent to the class on November 7, 2006.

13. I am also familiar with service upon class members of the Court-approved Notice and I supervised that effort beginning just after the Court approved said Notice on November 6, 2006.

14. The Notice Documents were hand-delivered by a contract delivery service, Mercury Messenger Services, to all class members in the greater St. Louis area on November 6, 2006 or November 7, 2006.

15. Those class members with mailing addresses outside the greater St. Louis area received Notice by Federal Express delivered on November 7, 2006.

Further affiant sayeth not.

J. Robert Sears

Subscribed and sworn to before me this 13th day of November, 2006.

Notary Public

My commission expires:

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083