CONFIDENTIAL

# FAX TRANSMISSION

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
General Litigation Section
Sacramento Field Office
501 I Street, Suite 9-700
Sacramento, CA 95814-2322
(916) 930-2200

**Date:** 8/7/06

**TO:** Thor Hearne **FAX#:** 314-613-2550

**FROM:** William Shapiro

Tel No.: (916) 930-2207
Fax No.: (916) 930-2210

**PAGES (Including Cover Sheet):** ______

**Subject:** ______

**COMMENTS:** ______

**If you have a problem receiving this transmission please contact our office at: (916) 930-2200**

The information contained in this facsimile is confidential and may also contain privileged information or work product. The information is intended only for the use of the individual or entity for whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copy of this communication is strictly prohibited. If you have received this facsimile in error, please immediately notify by telephone, and return the original message to us at the address above via the U.S. Postal Service. Thank you.

tabbles
EXHIBIT
4

**U.S. Department of Justice**

Environment and Natural Resources Division

*Natural Resource Section*
*Sacramento Field Office*
*501 I Street, Suite 9-700*
*Sacramento, CA 95814-2322*

*Telephone (916) 930-2207*
*Facsimile (916) 930-2210*

August 7, 2006

Thor Hearne
Lathrop & Gage, LLC
10 South Broadway, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500 (phone)
(314) 613-2550 (fax)

**BY Fax**

Re: Miller v. United States, No. 03-2489L (Fed. Cl.)

Dear Thor:

Please find attached the hourly rates I have been using in evaluating your URA demand. I believe this is consistent with the Court's previous determination in Grantwood Village and is consistent with my previous discussions with Bob. Please let me know if you have questions.

Sincerely,

William J. Shapiro
Trial Attorney

| Name | Year | Per Hour |
|---|---|---|
| Aldrich, Tricia | | $100.00 |
| Counte, Lindsday | | $100.00 |
| Diefenbach, Susan | | $90.00 |
| Duke, Jeffrey P. | 2003 | $200.00 |
| | 2004 | $220.00 |
| | 2005 | $240.00 |
| Hearne, Mark F. | 2002 | $275.00 |
| | 2003 | $300.00 |
| | 2004 | $325.00 |
| | 2005 | $350.00 |
| | 2006 | $375.00 |
| Joyce, William H. | | $240.00 |
| Marchant, Amy | 2002 | $150.00 |
| | 2003 | $150.00 |
| Moore, Richelle | | $100.00 |
| Pawlitz, Jeffrey D. | | $95.00 |
| Reeves, Billie Jean | | $95.00 |
| Sears, J. Robert | 2002 | $150.00 |
| | 2003 | $175.00 |
| | 2004 | $200.00 |
| | 2005 | $250.00 |
| | 2006 | $300.00 |
| Snitzer, Ruther E. | | $95.00 |
| Twardowski, Joe | | $100.00 |