**Reco**
*Development*

102 North Cool Springs Road • P.O. Box 190 • O'Fallon, MO 63366-0190
636-240-6196 • 636-272-6190 • 636-947-4969 • Fax 636-272-3555

November 13, 2006

Mr. Mark F. Hearne II
Lathrop & Gage, LC
The Equitable Building
Suite 1300
10 South Broadway
St. Louis, MO 63102

Dear Mr. Hearne,

As you can see from the enclosed, we have filed the objection. If you will meet, with an open intent to resolve the issue, the objection will be removed. Otherwise we will let the court resolve the issue.

Sincerely yours,

James S. Reid

EXHIBIT
tabbies
5

**Reco**
*Development*

102 North Cool Springs Road • P.O. Box 190 • O'Fallon, MO 63366-0190
636-240-6196 • 636-272-6190 • 636-947-4969 • Fax 636-272-3555

November 13, 2006

Mr. Mark F. Hearne II
Lathrop & Gage, LC
The Equitable Building
Suite 1300
10 South Broadway
St. Louis, MO 63102

Re: U.S. Case 03-2489L

Dear Mr Hearne,

We do not consent to the settlement of: Claim No. 13, Claim No. 14, and Claim No. 15

As previously discussed with you, we consent to:

1) The overall terms with the United States Government including the compensation, interest and attorney fees.

We do not consent and strenuously oppose counsel (Lathrop & Gage) receiving 33.3% of the attorney award or, more specifically, the payment of $264,420.00 (33.3% of $740,000.00).

James S. Reid, Trustee
Reid Trust II and Managing Partner
Managing Partner
1110 Reco Avenue
Crestwood, MO 63126

James S. Reid, Personal Representative
James I. Reid, Deceased
Managing Partner
1132 Reco Drive
Crestwood, MO 63126

James S. Reid, Managing Partner
1054 Reco Avenue
Crestwood, MO 63126