**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**NOTICE OF WITHDRAWAL: DOCUMENT #119**

COMES NOW Class Counsel and on behalf of the class files herewith withdraws Plaintiffs' Memorandum of Law in Support of Settlement. Said document has since been superceded by an amended and corrected memorandum. The document withdrawn is Court document number 119.

Respectfully submitted,

LATHROP & GAGE, L.C.

_____/s/ Mark F. Hearne, II___

Mark F. Hearne, II
J. Robert Sears
10 S. Broadway, Suite 1300
St. Louis, MO 63102-1708
TEL (314) 613-2500
FAX (314) 613-2550

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of November, 2006, a true and accurate copy of the foregoing document was served upon Defendant via the Court's electronic court filing system to: William.Shapiro.usdoj.gov

______________________________