**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**MEMORANDUM TO CLERK**
**FILING OF SETTLEMENT AGREEMENT**

COMES NOW Class Counsel and on behalf of the class files herewith the Proposed Settlement that the parties submitted to the Court and the Rule 23(e) hearing held November 15, 2006.

Respectfully submitted,

LATHROP & GAGE, L.C.

___/s/ Mark F. Hearne, II________
Mark F. Hearne, II
J. Robert Sears
10 S. Broadway, Suite 1300
St. Louis, MO 63102-1708
TEL (314) 613-2500
FAX (314) 613-2550
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of November, 2006, a true and accurate copy of the foregoing document was served upon Defendant via the Court's electronic court filing system to:

William.Shapiro.usdoj.gov

____/s/ Mark F. Hearne, II_________