**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, ) | |
| ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, ) | |
| ) | Case No. 03-2489L |
| Plaintiff, ) | |
| ) | Sr. Judge Eric Bruggink |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, Defendant. ) | |

**MEMORANDUM TO CLERK**
**FILING OF CONSENTS AND OBJECTIONS**

COMES NOW Class Counsel and on behalf of the class files herewith the following:

1. A table noting which class members have consented and which have objected to the Notice of Settlement. All class members have either affirmatively consented or objected, therefore, all are before the court with no absences.

2. Ninety-One Consent forms whereby the class members affirmatively consent and agree to the settlement and attorneys fees as proposed in the class notice.

3. Objection of James Reid.

4. Objection of Warren Peterson.

Respectfully submitted,

LATHROP & GAGE, L.C.

___/s/ Mark F. Hearne, II________

Mark F. Hearne, II
J. Robert Sears
10 S. Broadway, Suite 1300
St. Louis, MO 63102-1708
TEL (314) 613-2500
FAX (314) 613-2550
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of November, 2006, a true and accurate copy of the foregoing document was served upon Defendant via the Court's electronic court filing system to:

William.Shapiro.usdoj.gov

____/s/ Mark F. Hearne, II_________