# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Timothy G. Immer
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

801 S. Holmes

St. Louis MO 63122

801 Melshire Ave. (one of the same)

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Timothy G. Immer

11101 Patrina Court

St. Louis MO 63126-3528

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-966-3333 Evening telephone: 314-849-6203

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-14-06 ______________________
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 14th day of November, 2006.

*Notary Public* ______________________

*My Commission Expires:* 10-05-10

…TRICIA A. HANES
Notary Public – Notary Seal
STATE OF MISSOURI
Jefferson County
Commission Number 06394250
…mission expires October 5, 2010



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We JOAN C. PETROPOULOS
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

177 CHATWOOD TERRACE
St. Louis, MISSOURI, 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

177 CHATWOOD TERRACE
St. Louis, MISSOURI 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-965-1107. Evening telephone: — SAME.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: November 8, 2006 Joan C. Petropoulos
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* Karen L McMahan

*My Commission Expires:*
Sept. 12, 2006

KAREN McMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Sept. 12, 2010
06832522-0

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Therese S. Minda
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

Father Dickson Cemetery
845 S. Sappington Rd, Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Yes!

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 561-793-4017. Evening telephone: 561-793-4017

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/7/06 [signature]
Name

Date: ____________________ ____________________
Name

**Attestation by Notary Public**

STATE OF ~~MISSOURI~~ FLORIDA )
) ss.
COUNTY OF ~~ST. LOUIS~~ PALM BEACH )

Subscribed and sworn to before me, a Notary Public, on this 7 day of NOV, 2006.

FL DL AS ID

*Notary Public* [signature]

EVELYN H SAUNDERS
Notary Public - State of Florida
My Commission Expires Jul 19, 2007
Commission # DD197414
Bonded By National Notary Assn.

*My Commission Expires:* 7-19-07

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We City of Crestwood Missouri
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1015 South Sappington Road
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

James A. Eckrich, Director of Public Services
One Detjen Drive
Crestwood MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: (314) 729-4722 Evening telephone: (314) 541-7926

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 ______________________ [signature]
Name

Date: 11-14-06 ______________________ Robert J. Hotten
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 14th day of November, 2006.

*Notary Public* [signature: Kimberly D Cottle]

*My Commission Expires:*

KIMBERLY D COTTLE
Notary Public-Notary Seal
State of Missouri, Jefferson County
Commission # 05696312
My Commission Expires Apr 14 2009

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We BRIAN LEE ANDRIS & NORMA JEAN ANDRIS
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

973 WESTGLEN DR.

CRESTWOOD, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

973 WESTGLEN DR.

CRESTWOOD, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-913-2498. Evening telephone: 314-962-9057.

8

My Social Security Number (or taxpayer identification number) is:

[redacted] [redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-8-06 Brian L Andris
Name

Date: 11-8-06 Norma J Andris
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Charlene J. Trachte

*My Commission Expires:* March 20, 2007

Notary Public Notary Seal State of Missouri

CHARLENE J. TRACHTE
St. Louis County
My Commission Expires
March 20, 2007



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We DONALD E. ESCHELBACH
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1011 WESTGLEN DR
CRESTWOOD, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1011 WESTGLEN DR
CRESTWOOD, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-962-4143. Evening telephone: SAME.

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 7, 2006 Donald E. Eichelbach
Name

Date: ____________ ____________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public* [signature]

*My Commission Expires:*
March 29, 2010

AMY N KUBAN
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: Mar. 29, 2010
Commission # 06861164

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We SHARON A. FREDERICKSON
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1017 WESTGLEN DR.
CRESTWOOD, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1017 WESTGLEN DR.
CRESTWOOD, MO. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 636-300-2054. Evening telephone: 314-962-3504

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 [signature]
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

*Notary Public* [signature]

*My Commission Expires:*

SANDRA FISCHER
Notary Public-Notary Seal
State of Missouri, St Charles County
Commission # 06438330
My Commission Expires Apr 6, 2010

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Eric Richard Robertson
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1023 Westglen Dr.
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1023 Westglen Dr.
St. Louis, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-849-3700. Evening telephone: 314-799-7794.

My Social Security Number (or taxpayer identification number) is:

______________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/7/06 ______________ [signature]
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November ____________, 2006.

*Notary Public* [signature]

*My Commission Expires:*

M. K. HAMPTON
Notary Public - Notary Seal
State of Missouri - County of Washington
My Commission Expires Mar. 29, 2009
Commission #05401843



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We BETTY J. BAUMANN
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1029 WESTGLEN DR,
CRESTWOOD, MO.
63126-1121

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

BETTY J. BAUMANN
1029 WESTGLEN DR.
CRESTWOOD, MO. 63126-1121

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: (314) 962-2436. Evening telephone: (314) 962-2436.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 7, 2006 Betty J Baumann
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public* Joan Nahmensen

*My Commission Expires:*
6-5-09

**JOAN NAHMENSEN**
Notary Public – Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: June 5, 2009
Commission # 05403915



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Wilton B. & Mary K. Kottkamp
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1035 Westglen Dr
St. Louis, MO 63126-1121

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Mr & Mrs Wilton B Kottkamp
1035 Westglen Dr.
St. Louis, MO 63126-1121

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-920-1677. Evening telephone: 314-961-7964

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-8-06 ______________________
Name

Date: 11-8-06 ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* ______________________

*My Commission Expires:* Sept. 12, 2010

KAREN McMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Sept. 12, 2010
0682522-0

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

CHARLOTTE TATOSIAN
I/We TAMARA SUSAN TATOSIAN
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1047 WESTGLEN DRIVE
ST. LOUIS, MISSOURI 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1047 WESTGLEN DRIVE
ST. LOUIS, MISSOURI 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: TAMARA 314-235-4403. Evening telephone: 314-961-6147.
CHARLOTTE 314-961-6147



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 6, 2006 Charlotte Tatosian
Name

Date: Nov. 6, 2006 Tamara Susan Tatosian
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Bethany T. Schuler

*My Commission Expires:*

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083

STLDOCS 1907767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Muriel Jean Marks
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows:

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

10353 Westglen Dr.
Crestwood, Missouri 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

11038 Gravois Rd.
St. Louis, Mo 63126-3602
(Sappington)

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-849-4029. Evening telephone: 314-849-4029

STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/4/06 Muriel Jean Marks
Name

Date: ____________________
Name

Draft

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 4 day of November, 2006.

*Notary Public* Cory Pupillo

*My Commission Expires:* Mar 6 2010

CORY PUPILLO
Notary Public-Notary Seal
State of Missouri, Jefferson County
Commission # 06848774
My Commission Expires Mar 6, 2010

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We JOHN ROY + Louise Esther Schoelch
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1059 Westglen Dr.
Crestwood, Missouri 63126-1121

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

John + Louise Schoelch
1059 Westglen Dr.
Crestwood, Missouri 63126-1121

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 961-6656. Evening telephone: Same.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted] [redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 John R. Schoelch
Name

Date: 11-07-06 Louise E. Schoelch
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public* D. Berkbigler

*My Commission Expires:*

D. BERKBIGLER
Notary Public – Notary Seal
State of Missouri
County of St. Louis
Commission #05539914
My Commission Exp. 08/13/2009



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We MATCO MACHINE AND TOOL CO. INC.
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9550 WATSON INDUSTRIAL PARK
ST. LOUIS, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

652 GREENSLEEVES DR
FENTON, MO 63026

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 636-343-5184. Evening telephone: 314-239-5921

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/13/2006 ______ Terry Marchalk
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this _____ day of ___________, 2006.

*Notary Public*____________________

*My Commission Expires:*



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We JEANNE MARIE OBERLE
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

856 WOODBINE DRIVE
CRESTWOOD MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

856 WOODBINE DRIVE
CRESTWOOD MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-968-8576. Evening telephone: 314-517-8102

PS

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-13-2006 Jeanne Marie Oberle
Name

Date: ____________ ____________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 13 day of November, 2006.

*Notary Public* R. J. Bodway
R.J. Bodway

*My Commission Expires:* 2/14/2009

"NOTARY SEAL"
R. J. Bodway, Notary Public
Jefferson County, State of Missouri
My Commission Expires 2/14/2009
Commission Number 05413438



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We von Weise Properties, LLC
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9531 - 9551 WATSON Industrial Park
CRESTwood, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

GAGE VON WEISE Jr
370 GRAY AVE.
Webster Groves, MO. 63119

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314/401-6600. Evening telephone: 314/401-6600.

30

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: ____________________ GAGE VON WEISE, Jr.
Name

Date: Nov. 8, 2006 Gage von Weise. Jr
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8 day of November 2006.

*Notary Public* JoAnne Kirkpatrick

*My Commission Expires:* 10-18-09

JOANNE KIRKPATRICK
Notary Public – Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires Oct. 18, 2009
My Commission No. 05784179



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We JOSEPHINE NICOLETTI
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9519 WATSON INDUSTRIAL PK

9523 WATSON INDUSTRIAL PK

9527 WATSON INDUSTRIAL PK

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

JOSEPHINE NICOLETTI

7410 CHESHIRE LANE

ST LOUIS MO 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 636 343 8041. Evening telephone: 314 724 1038.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/12/06 Josephine Nicoletti
Name

Date: ____________________ ____________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
CITY ) **ss.**
**~~COUNTY~~ OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 12th day of November, 2006.

*Notary Public* [signature]

*My Commission Expires:*

" NOTARY SEAL "
Sherri L. Timmermann, Notary Public
Jefferson County, State of Missouri
My Commission Expires 10/20/2010
Commission Number 06499094



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Rothkopf Investment Partnership
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9511
Watson Industrial Park
Crestwood, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

9511
Watson Industrial Park
Crestwood, MO. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-961-4485. Evening telephone: ____________.

32

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-9-2006 Rothkopf Invest Mgmt Partnership
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 9 day of NOVEMBER, 2006.

*Notary Public* Jeffrey P. Mortland

*My Commission Expires:* 8/6/2010

" NOTARY SEAL "
Jeffrey P. Mortland, Notary Public
St. Louis County, State of Missouri
My Commission Expires 8/6/2010
Commission Number 06430035



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| vs. | ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We David James Brumfield and Angela Marie Brumfield
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1321 Trelane Ave
St. Louis, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8884 Rusdon Lane
St. Louis, MO. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-849-4244 Evening telephone: 314-799-5888

My Social Security Number (or taxpayer identification number) is:

______________________________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 ____________________ Name

Date: 11/9/06 ____________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this _____ day of ____________, 2006.

*Notary Public*______________________

*My Commission Expires:*



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA, Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We William James Grossenheider Rozanne Cecilia Grossenheider
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1333 Trelane Avenue
St. Louis, MO 63126-1329

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed. WJG RCG

1333 Trelane Avenue
St. Louis, MO 63126-1329

Telephone numbers where I can be reached if any additional information is needed are: Please leave message on answering machine

Daytime telephone: (314) 962-6134. Evening telephone: (314) 962-6134



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

(Willi[redacted] [redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-2006 William J. Drossenheider
Name

Date: 11-7-2006 Rosemary C. Drossenheider
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 9 day of November, 2006.

*Notary Public* Karen L. McMahan

*My Commission Expires:* Sept. 12, 2010

KAREN McMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Sept. 12, 2010
0682522-0

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We GARY DEAN GAUSS GLENDA LOU GAUSS
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1337 TRELANE AVE.
ST. LOUIS, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1337 TRELANE AVE.
ST. LOUIS, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314 387 4210 Evening telephone: 314 ~~387~~ 962 5871



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-08-2006 ____________________
Name

Date: 11-08-2006 ____________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* ____________________

*My Commission Expires:* 11-9-2008

SUSAN A. REIFEISS
Notary Public – Notary Seal
STATE OF MISSOURI
St. Louis County
Comm. #04471534
My Commission Expires Nov. 9, 2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Donald G & Ada Faye Clark
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1341 TRELANE AVE
CRESTWOOD, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1341 TRELANE AVE
Crestwood, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-963-3237. Evening telephone: N/A.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: ~~8~~-~~11~~-11-8 06 Donald C Clark
Name

Date: 11-8-2006 Ada Faye Clark
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* Jacqueline Gillen

*My Commission Expires:* May 12, 2009

JACQUELINE GILLEN
Notary Public-Notary Seal
State of Missouri, St Louis County
Commission # 05709909
My Commission Expires May 12, 2009



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Elroy Harlen Munce & Sandra Lee Munce
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9390 + 9401 Watson Industrial Park
Crestwood, Missouri

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

12091 Rosemist Dr.
St. Louis, Mo. 63138

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-344-9681. Evening telephone: 314-355-5123.

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-8-06 Name

Date: 11-8-06 Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public*

*My Commission Expires:* Aug. 25, 2007

MELINDA K. PANGBORN
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Aug. 25, 2007



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We DAVID WYNN FINLEY & LAURA SUE WICKER-FINLEY
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1347 TRELANE AVE
St. Louis, Mo 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1347 TRELANE AVE
St Louis, Mo 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: (314) 962-1458. Evening telephone: (SAME).

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 Name

Date: 11-9-06 Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9 day of November, 2006.

*Notary Public*

*My Commission Expires:* Sept. 12, 2010

KAREN McMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Sept. 12, 2010
0682522-0

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Lillian M. Johnson
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1351 Trelane Ave
Crestwood, MO
63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Lillian M Johnson c/o Karen Johnston.
10571 ~~Trelane~~ Carroll Wood Way
St Louis, MO 63128-1314

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314/368-6911. Evening telephone: 314/849-8717.



STLDOCS 190767v1

SP

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/2006 ______ Lillian M. Johnson ______
Name

Date: ______ ______
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 10th day of November, 2006.

*Notary Public* Bethany T. Schuler

*My Commission Expires:*

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I, **Susan Lily Baumstark** hereby declare under penalty of perjury as follows.

On August 18, 1999, my Mother Adele L. Lacey, now deceased, owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is 1405 Trelane Ave, Crestwood, MO 63126.

Upon the death of Adele L. Lacey, I, Susan L.Baumstark, had a one third legal interest in the real property located at 1405 Trelane Ave., Crestwood, MO 63126.

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will be mailed.

Susan L. Baumstark
15314 Clayton Rd
St. Louis, MO 63011

My Social Security Number is [redacted]

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314.991.9993
Evening telephone: 636.527.5185

I have received and reviewed the Notice of Proposed Settlement in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

44

I request and authorize the United States to pay the total settlement sum described in the Notice of Proposed Settlement to the law firm of Lathrop &. Gage, L.C, St. Louis, Missouri. Lathrop & Gage, L.C. shall deposit the proposed settlement amount for Court Claim Number 44 (Net Payment of $16,158.27) into a separate trust account and will distribute one third of this amount by check payable to Susan L. Baumstark at the mailing address listed above.

Susan Lily Baumstark Date: 11/13/2006

Attestation by Notary Public

STATE OF MISSOURI )
) ss.
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me, a Notary Public, on this 13th day of November, 2006.

Notary Public

" NOTARY SEAL "
Pamela M. Scott, Notary Public
St. Louis City, State of Missouri
My Commission Expires 2/16/2008

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Thomas V. Lacey
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1405 Trelane
Crestwood, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Thomas V. Lacey
6360 Treeridge Trail
St. Louis, MO. 63129-4619

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-846-9560. Evening telephone: ____________.

PP

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-08-2006 ______ Thomas V. Lacey
Name

Date: ______ ______
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Rhonda D. Smith

*My Commission Expires:*

RHONDA D. SMITH
NOTARY PUBLIC - NOTARY SEAL
State of Missouri
St. Louis County
My Commission Expires June 13, 2008



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| vs. | ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Judith Dressel
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1405 Trelane

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

9088 Fernald Dr
St. Louis, Mo 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314/843-0246. Evening telephone: Same.

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov 6, 2007 ______ Judith L. Dressel ______
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 6 day of Nov., 2006.

*Notary Public* Margaret M. Noel

*My Commission Expires:* 03-08-2010

**MARGARET M. NOEL**
**Notary Public - Notary Seal**
**STATE OF MISSOURI**
**Commissioned for St. Louis County**
**My Commission Expires: March 8, 2010**
**Commission Number 06437108**



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Ronald Carter, President of RNC Enterprises, Inc.
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9353-9375 Watson Industrial Park
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

2513 Town & Country Lane
St Louis, MO 63131

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-983-0235. Evening telephone: 314-432-4162.



STLDOCS 190767v1

2H

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 8, 2006 — Ronald N Carter, Pres.
Name

Date: ______ — RNC Ent. Inc.
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of November 2006.

*Notary Public* Kenneth Carter

*My Commission Expires:*

Notary Public Notary Seal State of Missouri
KENNETH R. CARTER
St. Louis County
My Commission Expires
July 8, 2008



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Timothy (Lewis) L. Wicker and Diane (Margaret) M. Wicker
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1423 Trelane Ave
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1423 Trelane Ave.
St. Louis, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-616-8899. Evening telephone: 314-962-7628

27

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 Dorothy Lewis Wicker
Name

Date: 11/9/06 Diane Margaret Wicker
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

*Notary Public* Michael Moore

*My Commission Expires:* April 11, 2009

MICHAEL MOORE
Notary Public - Notary Seal
State of Missouri, St Louis County
Commission # 05694062
My Commission Expires Apr 11, 2009



STLDOCS 190767v1