IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Dodson Family Trust (Successor Trustee Thomas M. Cordes)
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows:

On August 18, 1999, I owned property that adjoins the former railroad corridor where Grant's Trail is now located. The address of this property is:

1435 Fairlane Ave
St. Louis MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

232 Chestnut Hill Dr
O'Fallon MO 63368

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-997-2335. Evening telephone: 636-561-8998

My Social Security Number (or taxpayer identification number) is:
for Dodson Family Trust
______________________________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 ______________________________
Name

Date: ________________ Thomas M. Cordes
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
ss.
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 10 day of November, 2006.

*Notary Public*

*My Commission Expires:* 8/17/08

" NOTARY SEAL "
J. Kathryn Delmain, Notary Public
Franklin County, State of Missouri
My Commission Expires 8/17/2008

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We JAMES J BARRY
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

____________________

9315 WATSON INDUSTRIAL PARK

CRESTWOOD, MISSOURI 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

____________________

21 BENTON PLACE

ST. LOUIS, MO 63104

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-961-6464. Evening telephone: 314-368-8990.

87

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 ______________________ [signature]
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* [signature]

*My Commission Expires:* 11-25-2006



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, ) | Case No. 03-2489L |
| Plaintiff, ) | Sr. Judge Eric Bruggink |
| vs. ) | |
| THE UNITED STATES OF AMERICA, Defendant. ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

Mary Ann Callahan - deceased Sept 23, 2006

I/We Steve Weatherford, Executor of Estate of Mary Ann Callahan
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, ~~I~~ Mary Ann Callahan owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1459 Trelane Ave.
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1525 Cardinal Lane
Mt. Juliet, TN 37122

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 615-340-5696. Evening telephone: 615-754-0786.



STLDOCS 190767v1

03

My Social Security Number (or taxpayer identification number) is:

[redacted] (Mary Ann Callahan)

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Steve Weatherford, Executor of Estate of Mary Ann Callahan

Date: Nov 8, 2006 ____________ [signature] Name

Date: ____________ ____________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8 day of Nov, 2006.

*Notary Public* [signature] Elizabeth D. Harden

*My Commission Expires:*
March 31, 2007



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Kathryn (Kay) Cowles
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1463 Trelane
Crestwood MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1463 Trelane
Crestwood MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314 962 8074. Evening telephone: Same.

SC

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. ~~Oct~~ 8, 06 Kathryn (Cleary) Coulson
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of Nov, 2006.

*Notary Public* Laurie C Maus

*My Commission Expires:* 12/12/2009

LAURIE C. MAUS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires 12/12/2009
Commission # 05808812

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We DIANNE J. MILLER Robert N. Miller
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9221 Watson Industrial Park
Crestwood, Missouri

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Dianne J + Robert N. Miller
551 High Meadow Rd.
Frontenac, Mo. 63131

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-966-6967 also 314-753-9821. Evening telephone: 314-966-6967 314-495-7035

53

My Social Security Number (or taxpayer identification number) is:

______________________________ ______________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 Robert N. Miller
Name

Date: 11/8/06 Dianne J. Miller
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this _____ day of ____________, 2006.

*Notary Public*________________________

*My Commission Expires:*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We City of Crestwood, Missouri
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1510 Shoppers Lane
Crestwood, Mo 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

James A Eckrich, Director of Public Services
One Detjen Drive
Crestwood, Mo 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: (314) 729-4722 Evening telephone: (314) 541-7926

4C

My Social Security Number (or taxpayer identification number) is:

______________ ______________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/14/06 ______________ Name

Date: 11-14-06 ______________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 14th day of November, 2006.

*Notary Public* Kimberly D. Cotte

*My Commission Expires:* KIMBERLY D COTTE Notary Public-Notary Seal State of Missouri, Jefferson County Commission # 05696312 My Commission Expires Apr 14, 2009



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Crestwood Square Associates L.P.
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located.. The address of this property is:

9031- 9065 Watson

Crestwood Mo 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

c/o G.J. Grewe, Inc

9109 Watson Rd

Crestwood Mo 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-962-6300. Evening telephone: 314-962-6300.

22

My Social Security Number (or taxpayer identification number) is:

__________ ____________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 ____________________
Name

Date: ____________________ ____________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* ____________________

*My Commission Expires:*

CAROL M. PERKINS
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Sept. 16, 2007



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) Case No. 03-2489L |
| Plaintiff, | ) |
| vs. | ) Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) |

Draft

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Betty Lynn Haley
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows:

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1001 Ridgewood Dr
St Louis MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

2815 Fireglow Dr
St Louis MO 63129

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-432-5588. Evening telephone: 314-487-3127

52

My Social Security Number (or taxpayer identification number) is:

______________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/13/06 Betty L. Haley BETTY Lynn Haley
Name

Date: ______________________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this _____ day of __________, 2006.

*Notary Public*______________________

*My Commission Expires:*



Draft

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We PENNY Elizabeth RAuls
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1605 RidgEWood DR.
CREstwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1605 RidgEWood DR.
CREstwood, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-362-1407. Evening telephone: 314-968-9970.

SC

My Social Security Number (or taxpayer identification number) is:

______________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 ______________ Penny E. Rawls ______________
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Sherry R. Hume

*My Commission Expires:*
12/7/2008

SHERRY R. HUME
Notary Public - Notary Seal
State of Missouri - County of St. Louis
My Commission Expires Dec. 7, 2008
Commission #04497496



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We SHIRLEY MAE TOERGER
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1619 RIDGEWOOD DRIVE
CRESTWOOD MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1619 RIDGEWOOD DRIVE
CRESTWOOD MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone 314-961-3527. Evening telephone 314-961-3527

My Social Security Number (or taxpayer identification number) is:

____________________ ____________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/07/2006 Shirley M. Joergen
Name

Date: ________________ ________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Jennifer L. Windorff 11/7/06

*My Commission Expires:*
Oct 20, 2007

JENNIFER L. WINDORFF
Notary Public - State of Missouri
County of St. Louis
My Commission Expires Oct. 20, 2007

STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Barbara Koppes Beal + David Jeffrey Beal
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1625 Ridgewood Dr.
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

132 N. Meridian Rd.
Glen Carbon, IL 62034

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-776-4320 x135. Evening telephone: 618-288-7654.

P2

My Social Security Number (or taxpayer identification number) is:

__________ ____________ __________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 Barbara K. Beal
Name

Date: 11/10/06 David J. Beal
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 10 day of November, 2006.

*Notary Public* Katie L Hoeper

*My Commission Expires:* 1|31|10

KATIE L. HOEPER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: Jan. 31, 2010
06832668

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| vs. | ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Claude J. Pope Jr - Juanita Pope
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1631 Ridgewood Drive
St. Louis, Missouri 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1631 Ridgewood Drive
St. Louis, Missouri. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-562-9573. Evening telephone: 314-562-9573

My Social Security Number (or taxpayer identification number) is:

Claude ______

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-07-06 ______ Juanita Pope ______
Name

Date: 11-07-06 ______ Claude Pope ______
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public* Karen L McMahan

*My Commission Expires:* Sept. 12, 2010

KAREN McMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Sept. 12, 2010
06822522-0

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Robert Francis Shea Jr
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1707 Ridgewood Dr
Crestwood, MO, 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1707 Ridgewood Dr.
Crestwood, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 618 780 7346 Evening telephone: 314 968 5719



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

________________________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 ________ [signature] Name

Date: ________ ________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* [signature: Robin D. Stepney]

*My Commission Expires:*
August 12, 2008

Robin D Stepney
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
Commission No. 04379452
My Commisison expires Aug 12, 2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, ) <br> ) <br> For Themselves and As Representatives of a Class of Similarly Situated Persons, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> Defendant. ) | Case No. 03-2489L <br><br> Sr. Judge Eric Bruggink |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We MILDRED. IMOGENE Christy
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1919 Ridgewood Drive
Crestwood, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1917 Ridgewood Drive
Crestwood, MO. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-962-2500. Evening telephone: 314-962-2500

SO

My Social Security Number (or taxpayer identification number) is:

5 _______________ _______________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-08-06 Mildred Christy
Name

Date: _______________ _______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of NOV, 2006.

*Notary Public* Karen Van Olden

*My Commission Expires:* 5/17/09

NOTARY PUBLIC STATE OF MISSOURI NOTARY SEAL

KAREN D. VAN OLDEN
My Commission Expires
May 17, 2009
Jefferson County
Commission #05712565



STLDOCS 190767v1

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Lola Nancy Vos Donna D Mortensen
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1729 RidgEwood
ST Louis MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1729 Ridgewood
ST Louis MO 63126

Telephone numbers where I can be reached if any additional information is

needed are:
WK 636 677 5596 (NANCY)
Daytime telephone: 314 968-9058. Evening telephone: 314 968-9058.



STLDOCS 190767v1

80

My Social Security Number (or taxpayer identification number) is:

LN Bos : ______ DDm ______

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Lola Nancy Ca[illegible]
Name

Date: 11-7-06 Donna D. Mortensen
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Susan A. Reifeiss

*My Commission Expires:* 11-9-2008

SUSAN A. REIFEISS
Notary Public – Notary Seal
STATE OF MISSOURI
St. Louis County
Comm. #04471534
My Commission Expires Nov. 9, 2008



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We TALLMAN PARDEE LLC [signature]
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8642 PARDEE LANE

CRESTWOOD MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

ROSCOE B. TALLMAN

8642 PARDEE LANE

CRESTWOOD MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-843-4466. Evening telephone: (314) 878-8863.

40

My Social Security Number (or taxpayer identification number) is:

_______________ _______________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-8-06 TALLMAN PARDEE LLC
Name

Date: 11-8-06 [signature]
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of Nov., 2006.

*Notary Public* [signature]

*My Commission Expires:* 8-3-08

**CATHIE HUGHES**
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: Aug. 3, 2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Emmett Mehaffy
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8661 Grant road
St. Louis MO. 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8661 Grant road
St. Louis Mo 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-843-8111. Evening telephone: 314-962-5935.



Nov. 14. 2006 10:17AM Mehaffy Door No. 8662 P. 1

20

My Social Security Number (or taxpayer identification number) is:

______________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-13-06 ______________ Emmett Mehaffy ______________
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 13 day of Nov., 2006.

*Notary Public* Lana K. Mehaffy

*My Commission Expires:*

LANA K. MEHAFFY
Notary Public-Notary Seal
State of Missouri, Franklin County
Commission # 05770693
My Commission Expires Sep 19, 2009



ST DOCS 1902671

Nov. 14. 2006 10:18AM Mehaffy Door No. 8662 P. 2

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Robert G. Stelmach Carol A Stelmach
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9000 Watson Rd
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

33 Grantwood Ln
St. Louis, MO 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-729-1461. Evening telephone: 842-0504.

My Social Security Number (or taxpayer identification number) is:

______________________________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Robert G. Stremack
Name

Date: 11/7/06 Carol A. Stremack
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Renee E. Meyer

*My Commission Expires:* 7/29/2008

RENEE E. MEYER
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Exp. 07/29/2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, ) | |
| Plaintiff, ) | Case No. 03-2489L |
| vs. ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Thomas J. BATSCH / Toni L BATSCH - H/W
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8710 - Pardee Lane

8704 - Pardee Lane

8680 - Pardee Lane.

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8710 Pardee Lane

Crestwood MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-303-1926. Evening telephone: 314-843-2989

[redacted]ntification number) is:

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-10-2006 Thomas J Balsch
Name

Date: 11-10-2006 Toni Balsch
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 11 day of November, 2006.

*Notary Public* Joan Nahmensen

*My Commission Expires:*
6-5-09

**JOAN NAHMENSEN**
Notary Public – Notary Seal
STATE OF MISSOURI
St. Louis County

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/~~We~~ JOSEPH R. BATSCH
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8700 PARdee LN
cRestwood, Mo. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

JOSEPH R. BATSCH
8700 PARdee LN
cResTwood, Mo. 63126.

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-843-2542. Evening telephone: SAME.



STLDOCS 190767v1

80

My Social Security Number (or taxpayer identification number) is:

______________________________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: NOV-7-06 ______ Joseph R. Batell
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public* D. Berkbigler

*My Commission Expires:*

D. BERKBIGLER
Notary Public – Notary Seal
State of Missouri
County of St. Louis
Commission #05539914
My Commission Exp. 08/13/2009



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

Draft

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We JOHN JOSEPH GRIGAITIS SHIRLENE DELORES GRIGAITIS
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows:

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8904 [illegible] COURT
CRESTWOOD MO 63126-2224

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

[illegible]811 COLLEEN AVE
AFFTON MO 63123-1517

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: (314) 843-2221. Evening telephone: SAME.

Pd

My Social Security Number (or taxpayer identification number) is:

SHIRLENE

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: ______________________ John Joseph Grigaitis
Name

Date: ______________________ Shirlene D. Grigaitis
Name

Draft

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 1 day of November, 2006.

*Notary Public* Joan Nahmensen

*My Commission Expires:*
6-5-09

**JOAN NAHMENSEN**
**Notary Public – Notary Seal**
**STATE OF MISSOURI**
**St. Louis County**
**My Commission Expires: June 5, 2009**
**Commission # 05403915**

STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We MELVIDA L. SPALINGER
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8930 ULYSSES COURT
ST. LOUIS, MISSOURI 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8930 ULYSSES COURT
ST. LOUIS, MISSOURI 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314/843-7837. Evening telephone: 314/843-7837.

91

My Social Security Number (or taxpayer identification number) is:

________________ __________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Melinda L. Spalinger
Name

Date: ________________ ________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Robin D. Stepney

*My Commission Expires:* August 12, 2008

Robin D Stepney
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
Commission No. 04379452
My Commission expires Aug 12, 2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We DAVID C. Wilson
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8910 Lou ct
Crestwood, Mo. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8910 Lou CT
Crestwood, Mo. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-471-7543 Evening telephone: 314-471-7543

15

My Social Security Number (or taxpayer identification number) is:

______________________ ________________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 ______________________ [signature]
Name

Date: 11/8/06 ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
) **ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of Nov., 2006.

*Notary Public* Antoinette R Anderson

*My Commission Expires:*

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI
ANTOINETTE R. ANDERSON
My Commission Expires
May 4, 2009
St. Louis County
Commission #05406253

STLDOCS1-90767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Christopher Hawes Navnheim
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8914 Lou Ct.
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8914 Lou Ct.
St. Louis MO. 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-713-2027. Evening telephone: 314-842-0479.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-8-06 ______________________ Name

Date: ______________________ ______________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of Nov., 2006.

*Notary Public* Antoinette R Anderson

*My Commission Expires:*

NOTARY SEAL
ANTOINETTE R. ANDERSON
My Commission Expires
May 4, 2009
St. Louis County
Commission #05406253

STLDOCS1 90767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Donald Edward Mahacek
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8745 Grant Rd
St. Louis Mo 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

9058 Fernald Dr.
St. Louis Mo 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314 378-0795. Evening telephone: 314 849 4108.

My Social Security Number (or taxpayer identification number) is:

____________________________________________

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 Donald E Mahaffey
Name

Date: 11/9/06 Peggy Grasso
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

*Notary Public* Paula L. Martin

~~*My Commission*~~ *Expires:* 1-11-08

PAULA L. MARTIN
NOTARY PUBLIC-NOTARY SEAL
STATE OF MISSOURI
JEFFERSON COUNTY
MY COMMISSION EXPIRES: JANUARY 11, 2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| vs. | ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Micheal K. and Emily Ann Hazelton
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8918 Lou Court
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8916 Burntoak Dr.
St. Louis, MO 63123

Telephone numbers where I can be reached if any additional information is

needed are:

Daytime telephone: 314 270-3366
314 577-8576
314 415-5617
Evening telephone: 314 270-3366.

21

My Social Security Number (or taxpayer identification number) is:

_______________________________ , ___________ ;

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: ~~11/6/06~~ 11/8/06 ______ [signature] Name

Date: ~~11/6/06~~ 11/9/06 ______ [signature] Name

Emily Ann Hazelton personally appeared before me on November 9th, 2006.
[signature]
LAURIE C. MAUS
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires 12/12/2009
Commission # 05808812

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Michael K. Hazelton Subscribed and sworn to before me, a Notary Public, on this 8TH day of November, 2006.

Notary Public [signature]

*My Commission Expires:*

JEANNE M. MASON
Notary Public - State of Missouri
County of St. Louis
My Commission Expires Aug. 11, 2007



STLDOCS 190767v1

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | Case No. 03-2489L |
| Plaintiff, | Sr. Judge Eric Bruggink |
| vs. | |
| THE UNITED STATES OF AMERICA, Defendant. | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We ROBERT SUELLENTROP TRUSTEE OF LOIS SUELLENTROP REVOCABLE TRUST
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8922 LOU CT.
ST. LOUIS, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8313 WEBER TRAIL DR.
ST. LOUIS, MO 63123

Telephone numbers where I can be reached if any additional information is

needed are:

Daytime telephone: 314 606-6831. Evening telephone: 314 606-6831

My Social Security Number (or taxpayer identification number) is:

_______________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-10-06     Robert Suelbatoy Trustee
Name

Date: ______________     ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 10th day of November, 2006.

*Notary Public* Bethany T. Schuler

*My Commission Expires:*

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI
BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We HARVEY LEWIS HARTZKE Rebecca Ellen Hartzke
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8977 PARDEE RD.

CRESTWOOD MO. 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8977 PARDEE RD.

CRESTWOOD MO. 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-553-4019. Evening telephone: 314 706-0079. 314 705-7233



STLDOCS 190767v1

CC

My Social Security Number (or taxpayer identification number) is:

_____ ______________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 ____________________ Name

Date: 11/9/06 ____________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

*Notary Public* ____________________

*My Commission Expires:*

NOTARY PUBLIC STATE OF MISSOURI NOTARY SEAL

BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083



STLDOCS1/...67v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, For Themselves and As Representatives of a Class of Similarly Situated Persons, Plaintiff, vs. THE UNITED STATES OF AMERICA, Defendant. | Case No. 03-2489L<br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Colleen K. Nissl, Associate General Counsel, Borden, Inc (nka "Hexion")
(Please print your full legal name of names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, ~~I~~ my company, Borden, Inc owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1200 Reco
Crestwood, Mo 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Colleen K. Nissl, Associate General Counsel
Borden, Inc. (nka "Hexion")
180 E. Broad Street, Columbus, Ohio 43215

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 614-225-4791. Cell ~~Evening~~ telephone: 614-439-5666.



STLDOCS 190767v1

81

My Social Security Number (or taxpayer identification number) is:

______________________________________________.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/07/06 Name: Carl K. Neil, Hericon 180 E. Broad St Columbus Ohio 43215

Date: ____________ Name: ____________

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Sondra J. Shelton

*My Commission Expires:*

SONDRA J. SHELTON
Notary Public, State of Ohio
My Commission Expires 09-30-2011



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, )
)
For Themselves and As Representatives of a Class of Similarly Situated Persons, )
) Case No. 03-2489L
Plaintiff, )
) Sr. Judge Eric Bruggink
vs. )
)
THE UNITED STATES OF AMERICA, )
Defendant. )

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Patricia A. Raposo Trustee for Doris Cles Trust
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1317 Trelane
Crestwood, Mo 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

52 Hunting Manor Dr.
St. Charles, Mo 63303

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: (636) 724-9949. Evening telephone: (Same).



Nov 14 06 12:38p David Raposo 636-724-9949 p.2

PS

My Social Security Number (or taxpayer identification number) is:

Trust - ?

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/14/06 — Patricia A Raposo
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. ~~LOUIS~~** Charles )

Subscribed and sworn to before me, a Notary Public, on this 14TH day of November, 2006.

*Notary Public* Michelle Ong

MICHELLE ONG
Notary Public - Notary Seal
STATE OF MISSOURI
St. Charles County
My Commission Expires: July 28, 2008

*My Commission Expires:*
July 28, 2008



STLDOCS 190767v1

Nov 14 06 12:38p David Raposo 636-724-9949 p.3