IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA;<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We CRAIG PATRICK GRAVATTE & Michelle Christine GRAVATTE
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

6241 WESTGLEN DRIVE
ST. LOUIS, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

336 OAKLEIGH WOODS DRIVE
BALLWIN, MO 63011

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 636/600-4084. Evening telephone: 636/386-3502

My Social Security Number (or taxpayer identification number) is:

CRAIG'S [redacted] MICHELLE'S [redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 ______________________
Name CRAIG GRAVATTE

Date: 11/10/06 ______________________
Name MICHELLE GRAVATTE

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this _____ day of ___________, 2006.

*Notary Public*______________________

*My Commission Expires:*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Dennis Paul and Evelyn Diane Grove
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

165 Chatwood Terrace
Crestwood, Mo. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

9240 Eddie & Park Road
St Louis Mo 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 636-239-8889. Evening telephone: 314/842-3823

58

My Social Security Number (or taxpayer identification number) is:

[redacted] [redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: November 7, 2006 Evelyn Diane Grove
Name

Date: November 7, 2006 Dennis P. Grove
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public* Julie Disterhaupt

*My Commission Expires:* 6-15-07

JULIE A. DISTERHAUPT
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: June 15, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We F. William Human and Beatrice H. Human
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9291 Watson Industrial Park

Crestwood, St. Louis County, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

13346 Fairfield Circle Drive

Town & Country, MO 63017

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-275-7662. Evening telephone: 314-275-7662.

58

My Social Security Number (or taxpayer identification number) is:

[redacted] Beatri[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: November 8, 2006 ____________ [signature]
Name

Date: November 8, 2006 ____________ Beatrice H Human
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Dianne L. Fields

*My Commission Expires:*

DIANNE L. FIELDS
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Feb. 2, 2008



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We LEONARD AND MARY KISSEL
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8926 ULYSSES CT

ST LOUIS MO 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

7946 CAMELOT LANE

ST. LOUIS MO 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-577-2482. Evening telephone: 314 849-3854.

P8

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Leonard L. Kissel
Name

Date: 11-8-06 Mary A Kissel
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Heidi L. Goss

*My Commission Expires:*

HEIDI L. GOSS
Notary Public - Notary Seal
State of Missouri - County of St. Louis
My Commission Expires Jan. 7, 2010
Commission #06440289

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We John E. Maurer
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1355 Trelane Ave.
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

513 Wildwood Lane
Naples, FL 34105

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 239-649-4096 Evening telephone: 239-649-4096



STLDOCS 190767v1

28

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 7, 2006 John E. Maurer
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

STATE OF ~~MISSOURI~~ FLORIDA )
) ss.
COUNTY OF ~~ST. LOUIS~~ COLLIER )

Subscribed and sworn to before me, a Notary Public, on this 7th day of November 2006.

*Notary Public* Patricia A. Siddall

*My Commission Expires:*

PATRICIA A. SIDDALL
Notary Public - State of Florida
My Commission Expires Aug 4, 2009
Commission # DD458090
Bonded By National Notary Assn.

STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Judy K Noll (Judy K Thomas a/k/a Noll)
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

156 Chatwood Terrace
Crestwood MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

9108 SLATER ST
OVERLAND PARK KS 66212

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 816 581 8244. Evening telephone: 913 341 6213.



STLDOCS 190767v1

28

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-08-2006     Jeff Noll
Name

Date: ______________     ______________
Name

**Attestation by Notary Public**

**STATE OF ~~MISSOURI~~** KANSAS )
) ss.
**COUNTY OF ~~ST. LOUIS~~** Johnson )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Linda S. Benedict

*My Commission Expires:*
4/25/2007

NOTARY PUBLIC STATE OF KANSAS LINDA S. BENEDICT My Appt. Exp. 4/25/2007



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Shirley Ruth Poticha
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1313 Trelane Ave.
St. Louis MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

4386 West Pine Blvd. #1 East
St. Louis MO 63108

Telephone numbers where I can be reached if any additional information is needed are:

Cell: 314-608-9658

Daytime telephone: 314-534-3427. Evening telephone: Same.



STLDOCS 190767v1

78

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 8, 2006 Shirley Ruth Poticha
Name

Date: ______ Shirley Ruth Poticha
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Elizabeth Dilges

*My Commission Expires:* 1-28-09

ELIZABETH DILGES
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires Jan. 28, 2009
Commission # 05406921

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, For Themselves and As Representatives of a Class of Similarly Situated Persons, Plaintiff, vs. THE UNITED STATES OF AMERICA, Defendant. | Case No. 03-2489L<br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Richard J. Rief & Nicole M. Rief
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

173 Chatwood Terrace

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Richard & Nicole Rief
571 Vista Hills Ct.
Eureka, MO. 63025

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-965-7823. Evening telephone: 636-938-7877.



STLDOCS 190767v1

88

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 ____________________
Name Rob

Date: 11-8-06 Nicole M. Rief
Name Nicole

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 13 day of November, 2006.

*Notary Public* ____________________

*My Commission Expires:* 4/18/06

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

ROBERT A. BERRY
My Commission Expires
April 18, 2010
St. Louis County
Commission #06396865



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Marvin Stuhlmann Margaret Ann Stiegemeyer
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1453 Trelane Ave.
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

5903 Deerwood Dr.
St. Louis, MO 63123

Telephone numbers where I can be reached if any additional information is

needed are:

Daytime telephone: 314 481 3749. Evening telephone: same.

18

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-8-06 Marvin Stuhlmann
Name

Date: 11-8-06 Margaret A. Stiegemeyer
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Bethany Schuler

*My Commission Expires:*

NOTARY SEAL STATE OF MISSOURI
BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Thomas Theiss and Dana Theiss
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

185 Chatwood Terrace
Crestwood, Mo. 63026

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

14 Almeda Court
Fenton, Mo. 63026

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-267-2840 Evening telephone: 636-305-9630

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-07-06 Dama Theiss
Name

Date: 11-08-06 Thomas R. Theiss
Name

On this 7th day November 2006, personally appeared Dana Theiss
Patricia A. Mays

PATRICIA A. MAYS
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires Oct. 25, 2008
Commission # 04451662

**Attestation by Notary Public**

**STATE OF MISSOURI )**
) ss.
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

On this 8th day November 2006, Thomas Theiss appeared before me

Notary Public Carrie Helmholt

*My Commission Expires:*

Carrie M. Helmholt
Notary Public-Notary Seal
STATE OF MISSOURI
St. Louis County
Commission #05693142
My commission expires 5/15/2009



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Von Hoffmann Holdings, Inc.
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9900 Big Bend,
1000 Camera
1020 Camera

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Attn: Rodney Buckwalter
357 Main St., 1st Floor
Armonk, NY 10504

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 914-595-8206. Evening telephone: 203-223-5652



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Von Hoffmann Holdings, Inc.

Date: 11/8/06 By: [signature]

Name Marie D. Hlavaty

Date: ______________________ ______________________

Name

## Attestation by Notary Public

STATE OF ~~MISSOURI~~ NEW YORK )
ss.
COUNTY OF ~~ST. LOUIS~~ WESTCHESTER )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* [signature] Kristin L. Chach

*My Commission Expires:*

KRISTIN L. CHACH
Notary Public, State of New York
No. 02CH6133519
Qualified in Westchester County
Commission Expires September 19, 2009



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Michele S. Benya
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1447 Trelane Avenue
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1447 Trelane Avenue
St. Louis, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-821-0902. Evening telephone: 314-968-9434
Cell#: 314-304-5276



STLDOCS 190767v1

PP

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 Michele S. Benya
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* Jacqueline Gillen

*My Commission Expires:* May 12, 2009

JACQUELINE GILLEN
Notary Public-Notary Seal
State of Missouri, St Louis County
Commission # 05709909
My Commission Expires May 12, 2009



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Van Rensler Brown
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1613 Ridgewood Dr.
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1613 Ridgewood Dr.
St. Louis, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-968-0204 Evening telephone: 314-968-0204

25

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 ____________________ [signature] Name

Date: ____________________ ____________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* [signature: Karen L McMahan]

*My Commission Expires:* Sept. 12, 2010

KAREN McMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: Sept. 12, 2010
0682522-0



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We John P. DeGarmo Carole M. DeGarmo
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9010 Watson Rd
Crestwood MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

34988 Monroe Rd 360
Monroe City MO 63456

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 573-735-1735. Evening telephone: same.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted] [redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 Name

Date: 11/10/06 Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 10th day of NOVEMBER, 2006.

*Notary Public*

*My Commission Expires:* 8/27/2010

JILL S. SPALDING
Notary Public - Notary Seal
STATE OF MISSOURI
Monroe County
My Commission Expires: Aug. 27, 2010
Commission # 06394547



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We MARIE M GRIMM / MARTHA WINKLER DECEASED.
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8922 Grantway Court
St. Louis MO. 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

11095 Gravois Rd. #101
St. Louis MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 849-2170. Evening telephone: SAME.



STLDOCS 190767v1

SP

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: ~~11-06~~ CP 11-7-06 Marie Grimm
Name

Date: ______________ ______________
Name

CORY PUPILLO
Notary Public-Notary Seal
State of Missouri, Jefferson County
Commission # 06848774
My Commission Expires Mar 6, 2010

<u>**Attestation by Notary Public**</u>

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* Cory Pupillo

*My Commission Expires:* Mar 6 2010



STLDOCS 1907671v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We John V. Hagedorn & Mary J. Hagedorn
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

161 Chatwood Terrace
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

4604 Ambsdale Ct.
St. Louis, MO 63128

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-892-7199 Evening telephone: Same.
314-753-0905

8P

My Social Security Number (or taxpayer identification number) is:

[redacted] [redacted]

JVH MJH

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/9/06 Name

Date: 11/9/06 Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

*Notary Public* April 10, 2007

*My Commission Expires:* April 10, 2007

CHRISTINA A. TINNELL
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: April 10, 2007



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, ) | |
| For Themselves and As Representatives of a ) Class of Similarly Situated Persons, ) | Case No. 03-2489L |
| Plaintiff, ) | Sr. Judge Eric Bruggink |
| vs. ) | |
| THE UNITED STATES OF AMERICA, ) Defendant. ) | |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Dennis Kneff
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:
Dei 1545 Shopper Ln
St Louis, MO
63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.
1545 Shoppers
Lane
Crestwood, MO

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314 Evening telephone: 314 497.1215
497-1215

PP

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-9-06 Dennis Kreff
Name

Date: 11 9-06 same
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

*Notary Public* J. Cherie Eckelkamp

*My Commission Expires:* July 1, 2010

J. CHERIE ECKELKAMP
Notary Public - Notary Seal
State of Missouri - City of St. Louis
My Commission Expires Jul. 1, 2010
Commission #06432236

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA, Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We KUPFERER BROTHERS ORNAMENTAL IRON WORKS, INC.
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8701 GRANT ROAD

CRESTWOOD, MO 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8701 GRANT ROAD

CRESTWOOD, MO 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314.843.6030. Evening telephone: 314.330.9366.

301

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-9-06 [signature]
Name MICHAEL P. VESSELL PRESIDENT

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9 day of Nov, 2006.

*Notary Public* [signature] Nancy Gegg

*My Commission Expires:*

NANCY GEGG
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires Nov. 3, 2010
Commission # 06451403



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Thomas W. Kyle - Lindy J. Kyle POA
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1723 Ridgewood
CRESTWOOD, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Lindy Kyle
9915 HEATHERTON DRIVE
St. LOUIS, MO 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314.843.2235. Evening telephone: 314.843.2235.

101

My Social Security Number (or taxpayer identification number) is:

[redacted] PDA

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-9-06 Thomas W Kyle - Lindy Kyle POA
Name

Date: 11-9-06 Lindy J. Kyle
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9 day of NOV, 2006.

*Notary Public* Christine L. Worley

*My Commission Expires:* 11-05-09

CHRISTINE L. WORLEY
Notary Public - Notary Seal
State of Missouri
St. Louis County
My Commission Expires Nov. 5, 2009
Commission # 05400855



STLDOCS 190767v1

11/09/2006 13:00 314-909-0103 MOORE SPECIALTY PRINT PAGE 02

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, ) | |
| ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, ) | |
| ) | Case No. 03-2489L |
| Plaintiff, ) | |
| ) | Sr. Judge Eric Bruggink |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, Defendant. ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Patricia Ann Werner
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1723 Ridgewood Dr
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

13231 Wintergreen Estates Dr.
Fenton, MO 63026

Telephone numbers where I can be reached if any additional information is

needed are:

Daytime telephone: 314-452-8900. Evening telephone: SAME.

101

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Patricia Ann Werner / Pat Werner
Name

Date: ____________________ ____________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Janace A. Riddle

*My Commission Expires:*

**JANACE A. RIDDLE**
**Notary Public - Notary Seal**
**STATE OF MISSOURI**
**Commissioned for Jefferson County**
**My Commission Expires: May 13, 2010**
**Commission Number 06396640**

STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We ELIZABETH LYNN GOBLE
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1723 RIDGEWOOD DR.
CRESTWOOD, MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

4356 HUFF 'N PUFF LANE
OSAGE BEACH, MO. 65065

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 573-434-6513 - cell 573-348-5290. Evening telephone: 573-434-6513 - cell 573-348-5290



STLDOCS 190767v1

101

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 Elizabeth Lynn Goble
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ~~ST. LOUIS~~** Camden )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Jessica Hutchison

*My Commission Expires:* 4/12/09

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI
JESSICA HUTCHISON
My Commission Expires
April 12, 2009
Camden County



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| vs. | ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Lindbergh K-VIII
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1020 S. Sappington Road

St. Louis MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

Lindbergh School District

4900 S. Lindbergh Blvd.

St. Louis MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-729-2480. Evening telephone: 636-225-1561.



STLDOCS 190767v1

501

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 ____________________ Name CFO

Date: ____________________ ____________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 10th day of November, 2006.

*Notary Public*

*My Commission Expires:*

" NOTARY SEAL "
Laura J. Hecht, Notary Public
St. Louis County, State of Missouri
My Commission Expires 10/20/2010
Commission Number 06393373

STLDOCS 1 0 10

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Jerry M. McMillian & Carlie A. McMillian
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1713 Ridgewood Drive
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8871 Sturdy Drive
Crestwood, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-729-1405. Evening telephone: 314-729-1405.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

[redacted] (Jerry M. McMill [redacted] (Carlie A. McMillan)

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 ______________________

Name

Date: 11-7-06 ______________________

Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* ______________________

*My Commission Expires:*

DENNIS M. STAHL
Notary Public - Notary Seal
State of Missouri - County of St. Louis
My Commission Expires Mar. 31, 2009
Commission #05689592



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Carlie McMillian as Personal Representative of Joyce A. Miller Estate
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1701 Ridgewood Drive
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8871 Sturdy Drive
Crestwood, MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-729-1405. Evening telephone: 314-729-1405.

401

My Social Security Number (or taxpayer identification number) is:

[redacted] (TAX I.D. FOR ESTATE)

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Carlie G. McMillan Per Rep.

Name

Date: ______________________ ______________________

Name

**<u>Attestation by Notary Public</u>**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Dennis M Stahl

*My Commission Expires:* March 31, 2009

DENNIS M. STAHL
Notary Public - Notary Seal
State of Missouri - County of St. Louis
My Commission Expires Mar. 31, 2009
Commission #05689592



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We JOSEPH FRANCIS XAVIER PAIVA + MANO PAIVA
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1001 WESTGLEN DR.
ST. LOUIS MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

4817 DANBY DR.
NASHVILLE TN 37211

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 615-333-0201. Evening telephone: —.

201

~~My~~ our Social Security Number(s) (or taxpayer identification number) ~~is:~~ are:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: Nov. 8th 2006 ____ [signature] Paiva
Name

Date: Nov. 8th 2006. ____ Mario Paiva
Name

KATHRYN WOODS STATE OF TENNESSEE NOTARY PUBLIC DAVIDSON COUNTY

**Attestation by Notary Public**

STATE OF ~~MISSOURI~~ ) Tennessee
) ss.
COUNTY OF ~~ST. LOUIS~~ ) Davidson

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Kathryn Woods

*My Commission Expires:* 7/24/10



STLDOCS 190767v1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Joanna M. Pey (Mohseny)
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1005 Westglen
Crestwood MO 63119

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

626 E. 5th
El Dorado AR 71730

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 870-864-6427 Work Evening telephone: 870-862-1572 or Cell 870-814-0036



STLDOCS 190767v1

201

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-7-06 Jeanna Perry
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7th day of November, 2006.

*Notary Public* Donna Herring

*My Commission Expires:* 3/31/2015

Donna L. Herring
County Of Union
Notary Public - Arkansas
My Commission Exp. 03/31/2015



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We JACK BAUMANN ON BEHALF OF PSAF DEVELOPMENT PARTNERS, LP
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9030 WATSON RD

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

701 WESTERN AVE

GLENDALE, CA 91201

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 818-244-8080. Evening telephone: ________.

101

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 ______________________ Name

Date: ______________________ Name

**Attestation by Notary Public**

**STATE OF ~~MISSOURI~~** California )
ss.
**COUNTY OF ~~ST. LOUIS~~** Los Angeles )

Subscribed and sworn to before me, a Notary Public, on this 10TH day of November, 2006.

*Notary Public*

*My Commission Expires:* 7-20-07

BARBARA NEISLER
COMM. #1426105
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. July 20, 2007



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,

For Themselves and As Representatives of a Class of Similarly Situated Persons,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2489L

Sr. Judge Eric Bruggink

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We DULA J. RAHMACHER
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8965 PARDEE ROAD
St. Louis, MISSOURI
63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8965 PARDEE ROAD
St. Louis, Missouri 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314 849-4474. Evening telephone: CELL - ~~31~~ 314 265-8230



STLDOCS 190767v1

801

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-08-06 Dula J Rammacher
Name

Date: 11-08-06 DULA. J. RAMMACHER
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Adolph G Kraus

*My Commission Expires:* 9/15/08

ADOLPH G. KRAUS
NOTARY PUBLIC - NOTARY SEAL
COMMISSION # 04542909
STATE OF MISSOURI
ST. LOUIS COUNTY
MY COMMISSION EXP. SEPT 15, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Laura Jean Schneider
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1429 Treland
ST. Louis MO.
63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

941 Woodside (Village)
Manchester, MO.
63021

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-210-0413. Evening telephone: Same.

011

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 ______________________ Name

Date: ______________________ ______________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* ______________________

*My Commission Expires:*

WILLIAM J. MCMAHAN
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: July 12, 2010
06893765



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Carl Wayne and Karen Lynn Spalinger
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8929 Ulysses Ct.
St. Louis, MO 63123

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8929 Ulysses Ct.
St. Louis, MO 63123

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314 849 6830. Evening telephone: same.

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/7/06 Name

Date: 11/7/06 Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 7 day of November, 2006.

*Notary Public*

*My Commission Expires:* 1/31/10

KATIE L. HOEPER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: Jan. 31, 2010
06832668

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We KATHLEEN BERNADINE SULLIVAN
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1329 TRELANE
CRESTWOOD MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1329 TRELANE
CRESTWOOD MO 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-962-1945. Evening telephone: 314-962-1945



STLDOCS 190767v1

S11

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-9-06 Kathleen B. Sullivan
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 9th day of November, 2006.

Notary Public

*My Commission Expires:*

RICHARD SEPKO
Notary Public - Notary Seal
State of Missouri
St. Louis City
My Commission Expires June 14, 2009
Commission # 05727921



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | ) | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We DAVID CHARLES TREICHEL
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1065 WESTGLEN
CRESTWOOD MO. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

7 ST. ELIZABETH CT.
O'FALLON, MO. 63366

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-232-6359. Evening telephone: 636-240-1773

E13

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/8/06 Name [signature]

Date: 11/08/06 Name Nancy Lee Jones

**Attestation by Notary Public**

**STATE OF MISSOURI** )
) **ss.**
**COUNTY OF ST. LOUIS** )

Subscribed and sworn to before me, a Notary Public, on this 8th day of November, 2006.

*Notary Public* Nancy Lee Jones

*My Commission Expires:*

April 3, 2009

NANCY LEE JONES
Notary Public - Notary Seal
State of Missouri, St Louis County
Commission # 05690422
My Commission Expires Apr 3, 2009



STLDOCS 190767v1

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA,<br><br>For Themselves and As Representatives of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, Defendant. | Case No. 03-2489L<br><br>Sr. Judge Eric Bruggink |

## CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS

I/We Richard Harvey Wisniewski
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

8712 Pardee Lane
Crestwood Mo. 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

8712 Pardee Lane
Crestwood Mo 63126

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 314-369-3003. Evening telephone: 314-369-3003.



STLDOCS 190767v1

411

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-14-06 Richard Henry [signature]
Name

Date: ____________ ____________
Name

**Attestation by Notary Public**

STATE OF MISSOURI )
) ss.
COUNTY OF ST. LOUIS )

Subscribed and sworn to before me, a Notary Public, on this ____ day of ____________, 2006.

*Notary Public* ____________

*My Commission Expires:*

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | Case No. 03-2489L |
| Plaintiff, | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Richard Zahnow
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9215 Watson Ind. Park
St. Louis, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

661 Tarnymore Ln.
St. Louis, MO 63122

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 822-3181. Evening telephone: CELL 314-962-8550

112

My Social Security Number (or taxpayer identification number) is:

[redacted]

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/10/06 ______ B.W. Zalman X
Name

Date: ______________ ______________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 10th day of November 2006.

*Notary Public* Bethany T. Schuler

*My Commission Expires:*

NOTARY PUBLIC NOTARY SEAL STATE OF MISSOURI

BETHANY T. SCHULER
My Commission Expires
May 1, 2010
St. Louis County
Commission #06435083



STLDOCS 190767v1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| Plaintiff, | ) | Case No. 03-2489L |
| vs. | ) | Sr. Judge Eric Bruggink |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/We Michael D Zugmaier
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

1441 Trelane Ave
Crestwood, MO 63126

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

1905 Parkway Dr
Bettendorf IA 52722

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 563-508-2834. Evening telephone: 563-359-9538

211

My Social Security Number (or taxpayer identification number) is:

[redacted].

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11/08/2006 ______________________ Name

Date: ______________________ ______________________ Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this 8 day of November, 2006.

*Notary Public* ______________________

*My Commission Expires:* April 20, 2007

LISA SAUNDERS
NOTARIAL SEAL - STATE OF IOWA
COMMISSION NUMBER 740298
MY COMMISSION EXPIRES APRIL 20, 2007



STLDOCS 190767v1