| Legal Title | Address | Claim No. | Property Address | CONSENT | OBJECT | ABSENT |
|---|---|---|---|---|---|---|
| Timothy G. Immer | Timothy Immer<br>11101 Patrina Court<br>St. Louis, MO 63126 | 1 | 801 S. Holmes | X | | |
| Warren J & Gretchen Peterson | Warren Peterson<br>18 Dardenne Woods Ct.<br>St. Louis, MO 63366 | 5 | 9860/9870 Big Bend | | X | |
| Joan C. Petropolous | Joan C. Petropolous<br>177 Chatwood Terrace<br>Crestwood, MO 63126 | 9 | 177 Chatwood Terrace | X | | |
| Therese S. Minda | Therese S. Minda<br>13020 Marcella Blvd.<br>Loxahatchee, FL 33470 | 12 | 845 S. Sappington Rd. | X | | |
| James Reid (25%) Joan Milburn (25%) Reid Trust II (25%) Milburn Trust (25%); James Reid; James Reid (1/8), Joan Milburn (1/7), Reid Trust II (2/7), Milburn Trust (3/7) | James Reid<br>306 McDonough<br>St. Charles, Missouri 63301 | 13, 14, 15 | 1110 Reco, 1132 Reco, 1154 Reco | | X | |
| City of Crestwood | James A. Eckrich<br>City of Crestwood<br>1 Detjen Dr.<br>Crestwood, MO 63126 | 17 | 1015 Sappington | X | | |
| Brian & Norma Andris | Brian & Norma Andris<br>973 Westglen Dr.<br>Crestwood, MO 63126 | 18 | 973 Westglen Dr. | X | | |
| Donald & Betty Eschelbach | Donald Eschelbach<br>1011 Westglen Dr.<br>Crestwood, MO 63126 | 19 | 1011 Westglen Dr. | X | | |
| Sharon Frederickson | Sharon Frederickson<br>1017 Westglen Dr.<br>Crestwood, MO 63126 | 20 | 1017 Westglen Dr. | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Eric R. Robertson & Shelly N. Boatwright | Eric R Robertson<br>1023 Westglen Dr.<br>Crestwood, MO 63126 | 21 | 1023 Westglen Dr. | X | | |
| Betty J. Baumann | Betty J. Baumann<br>1029 Westglen Dr.<br>Crestwood, MO 63126 | 22 | 1029 Westglen Dr. | X | | |
| Wilton & Mark K. Kottkamp | Wilton & Mary K. Kottkamp<br>1035 Westglen Dr.<br>Crestwood, MO 63126 | 23 | 1035 Westglen Dr. | X | | |
| Charlotte & Tamara Tatosian | Charlotte & Tamara Tatosian<br>1047 Westglen Dr.<br>Crestwood, MO 63126 | 25 | 1047 Westglen Dr. | X | | |
| Muriel J. Marks | Muriel J. Marks<br>11038 Gravois Rd.<br>St. Louis, MO 63126 | 26 | 1053 Westglen Dr. | X | | |
| John & Louise Schoelch | John & Louise Schoelch<br>1059 Westglen Dr.<br>Crestwood, MO 63126 | 27 | 1059 Westglen Dr. | X | | |
| MATCO Machine & Tool | Terry A. Machalek<br>MATCO Machine & Tool<br>652 Greensleeves<br>Fenton, MO 63026 | 28 | 9530 Watson Ind. Park | X | | |
| Jeanne Oberle | Jeanne Oberle<br>856 Woodbine Dr.<br>Crestwood, MO 63126 | 29 | 856 Woodbine Dr. | X | | |
| Von Weiss Properties, LLC | Gage Von Weise, Jr.<br>370 Gray Ave.<br>Webster Groves, MO 63119 | 30 | 9531 Watson Ind. Park | X | | |
| Josephine Nicoletti | Josephine Nicoletti<br>7410 Cheshire Lane<br>Crestwood, MO 63123 | 34 | 9519, 9523 & 9527 Watson Ind. Park | X | | |
| Rothkopf Investment Properties | John Rothkopf<br>9511 Watson Industrial Park<br>Crestwood, MO 63126 | 35 | 9511 Watson Ind. Park | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Angela & David Brumfield | David & Angela Brumfield<br>8884 Rusdon<br>Crestwood, MO 63126 | 36 | 1321 Trelane Ave. | X | | |
| William & Rozanne Grossenheider | William & Rozanne Grossenheider<br>1333 Trelane Ave.<br>Crestwood, MO 63126 | 37 | 1333 Trelane Ave | X | | |
| Gary & Glenda Gauss | Gary & Glenda Gauss<br>1337 Trelane Ave.<br>St. Louis, MO 63126 | 38 | 1337 Trelane Ave. | X | | |
| Donald & Ada Clark | Donald & Ada Clark<br>1341 Trelane Ave.<br>Crestwood, MO 63126 | 39 | 1341 Trelane Ave. | X | | |
| Elroy & Sandra Munce | Elroy & Sandra Munce<br>12091 Rosemist Dr.<br>St. Louis, MO 63138 | 40 | 9390/9401 Watson Ind. Park | X | | |
| David Finley & Laura Wicker-Finley | David Finley & Laura Wicker-Finley<br>1347 Trelane Ave.<br>St. Louis, MO 63126 | 41 | 1347 Trelane Ave. | X | | |
| Lillian M. Johnson | Lillian M. Johnson<br>10571 Carroll Wood Way<br>St. Louis, MO 63128 | 42 | 1351 Trelane Ave. | X | | |
| Judith Dressel, Thomas V. Lacey, Susan Baumstark | Judith Dressel<br>9088 Fernald Drive<br>St. Louis, MO 63123 | 44 | 1405 Trelane Ave. | X | | |
| RNC Enterprises, Inc. | Ronald Carter<br>RNC Enterprises, Inc.<br>2513 Town & Country Lane<br>St. Louis, MO 63131 | 45 | 9353/9375 Watson Ind. Park | X | | |
| Timothy & Diane Wicker | Timothy & Diane Wicker<br>1423 Trelane Ave.<br>Crestwood, MO 63126 | 46 | 1423 Trelane Ave. | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rolland & Louise Dodson | Rolland & Louise Dodson<br>c/o Tim Cordis<br>232 Chestnut Hill Drive<br>O'Fallon, MO 63368 | 47 | 1435 Trelane Ave. | X | | |
| James J. Barry, Trustee of Trust One Under the Indenture of Trust of Joseph K. Barry | James J. Barry<br>Mid States Paint<br>9315 Watson Industrial Park<br>Crestwood, MO 63126 | 48 | 9315 Watson Ind. Park | X | | |
| Mary Ann Callahan | Mary Ann Callahan<br>c/o Steve Weatherford<br>1525 Cardinal Lane<br>Mount Juliet, TN 37122 | 50 | 1459 Trelane Ave. | X | | |
| Katherine Cowles | Kay M. Cowles<br>1463 Trelane Ave.<br>Crestwood, MO 63126 | 52 | 1463 Trelane Ave. | X | | |
| Robert N. Miller, M.D. & Diane Miller | Dr. Robert and Dianne Miller<br>551 High Meadow Rd.<br>Frontenac, MO 63131 | 53 | 9221 Watson Ind. Park | X | | |
| City of Crestwood | James A. Eckrich<br>City of Crestwood<br>1 Detjen Dr.<br>Crestwood, MO 63126 | 54 | 1510 Shoppers Lane | X | | |
| Crestwood Square Associates, L.P. | Bill Appelbaum<br>Crestwood Square Associates, L.P.<br>9109 Watson Rd., Suite 300<br>Crestwood, MO 63126 | 55 | 9031 Watson Rd. | X | | |
| Betty L. Haley | Betty L. Haley<br>2815 Fireglow Drive<br>St. Louis, Missouri 63129 | 56 | 1601 Ridgewood | X | | |
| Michael & Penny Rauls | Penny Rauls<br>1605 Ridgewood<br>Crestwood, MO 6312 | 57 | 1605 Ridgewood | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Shirley M. Joerger | Shirley M. Joerger<br>1619 Ridgewood<br>Crestwood, MO 63126 | 58 | 1619 Ridgewood | X | | |
| Barbara & David Beal | Barbara & David Beal<br>132 N. Meridian Rd.<br>Glen Carbon, IL 62034 | 59 | 1625 Ridgewood | X | | |
| Claude, Jr.& Juanita Pope | Claude, Jr. & Juanita Pope<br>1631 Ridgewood Drive<br>Crestwood, MO 63126 | 60 | 1631 Ridgewood | X | | |
| Robert Shea, Jr. | Robert Shea, Jr.<br>1707 Ridgewood<br>Crestwood, MO 63126 | 61 | 1707 Ridgewood | X | | |
| Mildred I. Christy | Mildred I. Christy<br>1717 Ridgewood Drive<br>Crestwood, MO 63126 | 62 | 1717 Ridgewood | X | | |
| Lola Nancy Vos & Donna Mortenson | Lola Nancy Vos & Donna Mortensen<br>1729 Ridgewood<br>St. Louis, MO 63126 | 63 | 1729 Ridegwood | X | | |
| Tallman-Pardee, LLC | R.B. Tallman, Jr.<br>Tallman-Pardee, LLC<br>8642 Pardee Lane<br>Crestwood, MO 63126 | 64 | 8461 Pardee | X | | |
| The EOM Company | Emmett Mehaffy<br>The EOM Company<br>975 Woodbine Dr.<br>St. Louis, MO 63126 | 65 | 8661 Grant Rd. | X | | |
| Robert & Carol Stelmach | Robert and Carol Stelmach<br>33 Grantwood Lane<br>Crestwood, MO 63123 | 66 | 9000 Watson Rd. | X | | |
| Thomas J & Toni Batsch | Thomas J. & Toni Batsch<br>8710 Pardee Lane<br>Crestwood, MO 63126 | 67 | 8680/8704/8710 Pardee Lane | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Joseph Batsch | Joseph Batsch<br>8700 Pardee Lane<br>Crestwood, MO 63126 | 68 | 8700 Pardee Lane | X | | |
| John & Shirlene Grigaitis | John & Shirlene Grigaitis<br>7811 Colleen Ave.<br>Affton, MO 63123 | 69 | 8904 Lou Ct. | X | | |
| Melvida Spalinger | Melvida Spalinger<br>8930 Ulysses Ct.<br>St. Louis, MO 63123 | 70 | 8930 Ulysses Ct. | X | | |
| David C. Wilson | David C. Wilson<br>8910 Lou Ct.<br>Crestwood, MO 63126 | 71 | 8910 Lou Ct. | X | | |
| Christopher H. & Mary Naunheim | Christopher H. Naunheim<br>8914 Lou Ct.<br>Crestwood, MO 63126 | 73 | 8914 Lou Ct. | X | | |
| DEM Truck Service, Inc. | Don Mahacek<br>DEM Truck Service, Inc.<br>9058 Fernald Drive<br>St. Louis, MO 63123 | 74 | 8745 Grant Rd. | X | | |
| Michael & Emily Hazelton | Michael & Emily Hazelton<br>8916 Burntoak<br>St. Louis, MO 63123 | 75 | 8918 Lou Ct. | X | | |
| Robert Suellentrop, Trustee of Lois D. Sullentrop Revocable Trust, dated October 28, 1986 | Robert Suellentrop<br>8313 Weber Trail Dr.<br>Crestwood, MO 63123 | 76 | 8922 Lou Ct. | X | | |
| Harvey & Rebecca Hartzke | Harvey & Rebecca Hartzke<br>8977 Pardee<br>St. Louis, MO 63123 | 77 | 8977 Pardee | X | | |
| Borden, Inc. | Coleen Nissl<br>Hexion Specialty Chemicals, Inc.<br>180 E. Broad St.<br>Columbus, Ohio 43215 | 78 | 1200 Reco | X | | |
| Doris Cles Trust | Patricia Raposo<br>52 Hunting Manor Drive<br>St. Charles, MO 63303 | 79 | 1317 Trelane Ave. | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Craig & Michelle Gravatte | Craig & Michelle Gravatte<br>336 Oakleigh Woods Drive<br>Ballwin, MO 63011 | 81 | 1041 Westglen | X | | |
| Dennis & Evelyn Grove | Dennis & Evelyn Grove<br>9240 Eddie & Park Road<br>St. Louis, MO 63126 | 82 | 165 Chatwood Terrace | X | | |
| William & Beatrice Human | William & Beatrice Human<br>13346 Fairfield Circle<br>Town & Country, MO 63017 | 83 | 9291 Watson Ind. Park | X | | |
| Leonard & Mary Kissel | Leonard & Mary Kissel<br>7946 Camelot<br>St. Louis, MO 63123 | 84 | 8926 Ulysses Ct. | X | | |
| John E. Maurer | John E. Maurer<br>513 Wildwood Lane<br>Naples, FL 34105 | 85 | 1355 Trelane Ave. | X | | |
| Judy K. Thomas, n/k/a Noll | Judy K. Noll<br>9108 Slater St.<br>Overland Park, KS 66212-3823 | 86 | 156 Chatwood Terrace | X | | |
| Shirley Eason, n/k/a Poticha | Shirley Poticha<br>4386 W. Pine, Unit 1E<br>St. Louis, MO 63108 | 87 | 1313 Trelane Ave. | X | | |
| Richard & Nicole Rief | Richard & Nicole Rief<br>571 Vista Hills Ct.<br>Eureka, MO 63205 | 88 | 173 Chatwood Terrace | X | | |
| Marvin Stuhlman & Margaret Stiegemeyer | Marvin Stuhlman & Margaret Stiegemeyer<br>5903 Deerwood Drive<br>St. Louis, MO 63123 | 89 | 1453 Trelane Ave. | X | | |
| Thomas & Dana Theiss | Thomas & Dana Theiss<br>14 Almeda Ct.<br>Fenton, MO 63026 | 90 | 185 Chatwood Terrace | X | | |
| Von Hoffman Corporation | Rodney Buckwalter<br>Visant Corporation<br>357 Main St., 1st Floor<br>Armonk, NY 10504 | 91 | 9900/10014 Big Bend | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Michele Benya | Michele Benya<br>1447 Trelane<br>Crestwood, MO 63126 | 94 | 1447 Trelane | X | | |
| Van R. Brown | Van R. Brown<br>1613 Ridgewood Drive<br>Crestwood, MO 63126 | 95 | 1613 Ridgewood | X | | |
| John P. & Carole M. Degarmo | John P. & Carole M. Degarmo<br>34988 Monroe Road. 360<br>Monroe City, MO 63456-3406 | 96 | 9010 Watson Rd. | X | | |
| Marie Grimm | Marie Grimm<br>11095 Gravois Rd. Apt. 101<br>St. Louis, MO 63126 | 97 | 8922 Grantway Ct. | X | | |
| John V. Hagedorn & Mary Jo Hagedorn-Bauer | John V. Hagedorn & Mary Jo Hagedorn-Bauer<br>4604 Ambsdale Ct.<br>St. Louis, MO 63128-3081 | 98 | 161 Chatwood Terrace | X | | |
| Dennis Kneff | Dennis Kneff<br>c/o Steve Eckelkamp<br>4523 Maryland Avenue<br>St. Louis, MO 63108 | 99 | 1545 Shoppers Lane | X | | |
| Kupferer Brothers Ornamental Iron Works, Inc. | Michael P. Vessell<br>Kupferer Brothers Ornamental Iron Works, Inc.<br>8701 Grant Road<br>Crestwood, MO 63126 | 100 | 8701 Grant Road | X | | |
| Tom Kyle, Elizabeth Goble & Patricia Werner | Tom Kyle<br>9915 Heatherton Dr.<br>St. Louis, MO 63123<br><br>Patricia Werner<br>13231 Wintergreen Estate Dr.<br>Fenton, MO 63026<br><br>Elizabeth Goble<br>4356 Huff N' Puff Lane<br>Osage Beach, MO 65065 | 101 | 1723 Ridgewood | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Lindbergh School District | Patrick Lanane<br>Lindbergh School District<br>4900 South Lindbergh Blvd.<br>St. Louis, MO 63126 | 102 | 1020 S. Sappington Rd. | X | | |
| Jerry M. & Carlie A. McMillian | Jerry & Carlie McMillian<br>8871 Sturdy Drive<br>Crestwood, MO 63126 | 103 | 1713 Ridgewood | X | | |
| Carlie McMillian as Personal Representative of Joyce A. Miller Estate | Carlie McMillian as Personal Representative of Joyce A. Miller Estate<br>8871 Sturdy Drive<br>Crestwood, MO 63126 | 104 | 1701 Ridgewood | X | | |
| Joseph & Mano Paiva | Joseph & Mano Paiva<br>4817 Danby Drive<br>Nashville, TN 37211-4448 | 105 | 1001 Westglen | X | | |
| Jeanna Mohseny, n/k/a Pey | Jeanna Pey<br>626 E. 5th<br>El Dorado, Arkansas 71730 | 106 | 1005 Westglen | X | | |
| PSAF Development Partners, Inc. | Amar Kharouf<br>PSAF Development Partners, Inc.<br>701 Western Ave.<br>Glendale, CA 91201 | 107 | 9030 Watson Rd. | X | | |
| Dula J. Rammacher | Dula J. Rammacher<br>8965 Pardee Road<br>Crestwood, MO 63123 | 108 | 8965 Pardee | X | | |
| Laura Jean Schneider | Laura Jean Schneider<br>941 Woodside Village Lane<br>Manchester, MO 63021 | 110 | 1429 Trelane | X | | |
| Carl W. & Karen L. Spalinger | Carl & Karen Spalinger<br>8929 Ulysses Court<br>Crestwood, MO 63123 | 111 | 8929 Ulysses | X | | |
| Kathleen B. Sullivan | Kathleen B. Sullivan<br>1329 Trelane<br>Crestwood, MO 63126 | 112 | 1329 Trelane | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| David C. Treichel | David C. Treichel<br>7 Saint Elizabeth Ct.<br>O'Fallon, MO 63366-2188 | 113 | 1065 Westglen | X | | |
| Richard H. Wisniewski | Richard H. Wisniewski<br>8712 Pardee Lane<br>Crestwood, MO 63126 | 114 | 8712 Pardee | X | | |
| Zahnow Enterprises | Richard Zahnow<br>Zahnow Enterprises<br>661 Tarrymore Lane<br>St. Louis, MO 63122-3056 | 115 | 9215 Watson Ind. Park | X | | |
| Michael D. Zugmaier | Michael D. Zugmaier<br>1905 Parkway Dr.<br>Bettendorf, IA 52722-3764 | 116 | 1441 Trelane | X | | |