# In the United States Court of Federal Claims

**No. 03-2489 L**

**DIANNE J. MILLER, ROBERT N. MILLER, and LISA M. SHANIKA, For Themselves and as Representatives of a Class of Similarly Situated Persons**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Court's Order, filed November 17, 2006, adopting the parties' settlement proposal,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the total sum of $8,151,682.73 consisting of principal, interest, URA attorney fee reimbursement, and expenses. Counsel may, prior to distribution to class members of the balance in the proportion set out in the settlement proposal, recover from the total judgment, attorney fees of $2,500,000.00, along with $30,000.00 in expenses. The net payment of compensation to the class members will then be adjusted proportionately. No costs.

Brian Bishop
Clerk of Court

November 21, 2006 By: s/ Debra L. Samler

Deputy Clerk