**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**MEMORANDUM TO CLERK**
**FILING OF CONSENT AND WAIVER OF WARREN JOHN PETERSON**

COMES NOW Class Counsel and on behalf of the class files herewith the Consent and Waiver of Warren John Peterson.

Respectfully submitted,

LATHROP & GAGE, L.C.

___/s/ Mark F. Hearne, II________

Mark F. Hearne, II
J. Robert Sears
10 S. Broadway, Suite 1300
St. Louis, MO 63102-1708
TEL (314) 613-2500
FAX (314) 613-2550
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of November, 2006, a true and accurate copy of the foregoing document was served upon Defendant via the Court's electronic court filing system to:

William.Shapiro.usdoj.gov

____/s/ Mark F. Hearne, II_________