# facsimile transmittal

To: BOB SEARS Fax: 314-613-2550

From: WARREN PETERSON Date: 11-29-06

Re: Pages: 3

CC:

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| DIANNE J. MILLER and ROBERT N. MILLER and LISA M. SHANIKA, | ) | |
| For Themselves and As Representatives of a Class of Similarly Situated Persons, | ) | |
| | ) | Case No. 03-2489L |
| Plaintiff, | ) | |
| | ) | Sr. Judge Eric Bruggink |
| vs. | ) | |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

**CONSENT TO SETTLEMENT AND RELEASE OF CLAIMS**

I/~~We~~ Warren John Peterson
(Please print your full legal name or names)

hereby declare under penalty of perjury as follows.

On August 18, 1999, I owned property that abuts the former railroad corridor where Grant's Trail is now located. The address of this property is:

9860/9870 Big Bend Blvd.
Crestwood, Mo 63122

My current mailing address is listed below. I understand that this is the address to which my individual settlement award will by mailed.

18 Dardenne Wds. Ct.
Dardenne Prairie, Mo. 63368

Telephone numbers where I can be reached if any additional information is needed are:

Daytime telephone: 636-561-0994. Evening telephone: ______________.



STLDOCS 190767v1

My Social Security Number (or taxpayer identification number) is:

SS# 473 44 3062.

I have received and reviewed the **Notice of Proposed Settlement** in this case. I agree to accept this settlement in full settlement and satisfaction and release of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, including without limitation any claims for fees, costs, expenses, which I have asserted or could have asserted in this action or in any other judicial proceeding against the United States of America or any department, agency, or officer thereof, that relate, directly or indirectly, to the subject matter of this action or lawsuit.

I request and authorize the United States to pay the total settlement sum described in the **Notice of Proposed Settlement** to the law firm of Lathrop & Gage, L.C., St. Louis, Missouri. I understand that Lathrop & Gage, L.C. will deposit this into a separate trust account and will distribute my individual settlement award to me at the mailing address listed above.

Date: 11-29-06 Warren J. Peterson
Name

Date: ______________________ ______________________
Name

**Attestation by Notary Public**

**STATE OF MISSOURI )**
**) ss.**
**COUNTY OF ST. LOUIS )**

Subscribed and sworn to before me, a Notary Public, on this _____ day of ____________, 2006.

*Notary Public*______________________

*My Commission Expires:*