United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 18, 2006

Mark Fernlund Hearne, II, Esq.

Lathrop & Gage

10 South Broadway

The Equitable Building, Suite 1300

St. Louis, MO 63102-1708

In re: Dianne J. Miller, et al.. v. United States, No. 03-2489 L

Dear Mr. Hearne:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated November 21, 2006, in favor of plaintiffs in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: William James Shapiro, Esq.